

**BLEAKLEY PLATT**
NEW YORK   CONNECTICUT

JOSEPH DEGIUSEPPE, JR.
914.287.6144
JDEGIUSEPPE@BPSLAW.COM

BLEAKLEY PLATT & SCHMIDT, LLP

ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NEW YORK 10601
914.949.2700
FAX: 914.683.6956
BPSLAW.COM

*Application granted. Pre-motion letter(s) due 9/11/19; opposition due 9/13/19; status conference remains scheduled for 9/17/19.*

June 21, 2019

SO ORDERED.

_Cathy Seibel_
CATHY SEIBEL, U.S.D.J.

6/21/19

**VIA ECF**

Hon. Cathy Seibel, U.S.D.J.
The Hon. Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re: **REQUEST TO EXTEND DISCOVERY CUT-OFF DATES**
*Shea v. Village of Pomona, et al.*, Civ. No. 7:18-cv-11170-CS

Dear Judge Seibel:

My firm represents the Defendants in the above-cited action. This letter confirms the parties' joint request extend the following discovery cut-off dates set forth in Civil Case Plan and Discovery Schedule, entered on February 27, 2019 as per the following proposed extensions:

1. Fact Discovery Cut-off date of 6/28/2019: Extend to 08/09/2019.
2. Expert Discovery Cut-off Date of 8/27/2019: Extend to 09/09/2019.
3. Status Conference on 09/17/2019: No Change Requested.

This Request is based on the unanticipated delay in the holding of the Court-ordered mediation session, and the remaining time it will take to complete the parties' production of requested electronic discovery. This is the parties' first request for an extension of the Scheduling Order. Thank you for Your Honor's consideration of this request. I hereby confirm that a copy of this letter has been served upon Plaintiff's counsel through both facsimile and via email.

Very truly yours,

Bleakley Platt & Schmidt, LLP

Joseph DeGiuseppe, Jr.

cc: Michael H. Sussman, Esq.