

MORRIS DUFFY ALONSO & FALEY

KEVIN G. FALEY
ANDREA M. ALONSO ☐
MICHAEL B. TITOWSKY
PATRICIA E. PERMAKOFF
KENNETH E. PITCOFF
KEVIN F. MAHON
MICHAEL V. CAMPANILE
LINA C. ROSSILLO
JAMES A. PANNONE ☐
MANUEL R. REYNOSO
EDWARD J. HARRINGTON
WILLIAM J. MANNING, JR.
DONNA M. WHITE
MARK A. HEALY
ALLYSON P. LUBELL
GAIL S. KARAN
LEIGH H. SUTTON
JENNA L. MASTRODDI ☐
ELIZABETH A. FILARDI
IRYNA S. KRAUCHANKA
DORIS RIOS DUFFY
JEOUNGSON KIM
OF COUNSEL
JOHN J. DUFFY

GEORGE APRILAKIS
DIMITRY BENJAMIN
ANU BHARGAVA
LAUREN CASPARIE
PETER D. CHRISTAKIS ☐
JOAN M. COCHA ☐
MICHAEL A. CZOLACZ
LATRACE DABNEY
DEJON C. DELPINO
KELSEY DOUGHERTY HOWARD
ARIANNA EFSTATHIOU ☐
SEAN J. FERGUSON
ANASTASIOS N. FLOKAS
FRANK H. FOSTER
CHRISTOPHER R. INVIDIATA
CHARLES M. KERR
CRISTINA A. KNORR
CLAUDE E. LAROCHE

ROBERT MAROTTA
BEVERLY T. MCGRATH
ANTHONY V. MERRILL
GREGORY S. NELSON
LILY A. OCKERT ☐
TAMAR S. PELTZ
PATRICK PRAGER
ROBERT J. REILLY
NOAH S. REISS ☐
REBECCA J. ROSEDALE ☐
KEVIN J. RYAN ☐
MICHAEL W. SOLIMAN
DAVID J. TAMKE
JONATHAN A. TAND
DANIEL P. VINCE
ROBERT S. WHITBECK
AMANDA M. ZEFI ☐

☐ ADMITTED IN NY AND NJ

101 GREENWICH STREET
NEW YORK, NY 10006
(212) 766-1888
FAX (212) 766-3252
WWW.MDAFNY.COM

LONG ISLAND
1 OLD COUNTRY ROAD
CARLE PLACE, NY 11514

WESTCHESTER
445 HAMILTON AVENUE
WHITE PLAINS, NY 10601

NEW JERSEY
744 FLOYD STREET
ENGLEWOOD CLIFFS, NJ 07632

May 15, 2020

Via: ECF
The Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: Shea v. Village of Pomona Et. Al.
    18-cv-11170 (CS)

Dear Justice Seibel,

    As you are aware I represent the Village of Pomona in the above referenced matter.

    As you are also aware, on May 11, 2020, we filed a motion for summary judgment in the instant matter. The motion papers incorrectly state that I represent Brett Yagel. This firm only represents the Village of Pomona and not Brett Yagel, whose attorney filed their own motion for summary judgment.

    Therefore it is hereby requested that I be granted permission to file an amended memorandum of law fixing this inadvertent mistake. Nothing else in the memorandum of law will be changed other than the title page and the signature page. I thank the court in advance for its time and consideration.

                                                          /S/
                                                Kenneth Pitcoff