UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
NOREEN SHEA,                                    18 cv 11170 (CS)

    Plaintiff,

vs.

VILLAGE OF POMONA, BRETT YAGEL,

    Defendants.
-----------------------------------------------------------------x

## AFFIRMATION OF MICHAEL SUSSMAN IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

STATE OF NEW YORK   )
                                  )
COUNTY OF ORANGE   )

    MICHAEL H. SUSSMAN, having been duly sworn, hereby states and affirms under the pains and penalties of perjury:

    1.   I am lead counsel for plaintiff in this matter and make this Affirmation to my personal knowledge.

    2.   After extensive investigation, the New York State Division of Human Rights found probable cause to believe that defendant Village had discriminated against plaintiff on basis of religion. Exhibit 1 is that finding.

    3.   Judge Karas rendered a lengthy decision dealing with the Village's effort to obstruct and preclude the creation of a rabbinical college. His decision is Exhibit 2.

4. That decision was affirmed in part by the Court of Appeals, specifically with regard to the role played in the discriminatory conduct of defendant Yagel who was elected to the Village Board as a trustee in March 2007. That decision is Exhibit 3.

5. Provided herewith is a flash drive with recordings made by my client and cited with precision in the attached Rule 56.1 response and counterstatement. During discovery, I provided the same recordings to counsel for the defendants in this case, as well as a spreadsheet prepared by my client which outlined the nature of the conversations.

                              MICHAEL H. SUSSMAN, ESQ

Dated: June 10, 2020