

KEVIN G. FALEY
ANDREA M. ALONSO ☐
MICHAEL B. TITOWSKY
PATRICIA E. PERMAKOFF
KENNETH E. PITCOFF
KEVIN F. MAHON
MICHAEL V. CAMPANILE
LINA C. ROSSILLO
JAMES A. PANNONE ☐
MANUEL R. REYNOSO
EDWARD J. HARRINGTON
WILLIAM J. MANNING, JR.
DONNA M. WHITE
MARK A. HEALY
ALLYSON P. LUBELL
GAIL S. KARAN
LEIGH H. SUTTON
JENNA L. MASTRODDI ☐
ELIZABETH A. FILARDI
IRYNA S. KRAUCHANKA
DORIS RIOS DUFFY
JEOUNGSON KIM
OF COUNSEL
JOHN J. DUFFY

101 GREENWICH STREET
NEW YORK, NY 10006
(212) 766-1888
FAX (212) 766-3252
WWW.MDAFNY.COM

LONG ISLAND
1 OLD COUNTRY ROAD
CARLE PLACE, NY 11514

WESTCHESTER
445 HAMILTON AVENUE
WHITE PLAINS, NY 10601

NEW JERSEY
744 FLOYD STREET
ENGLEWOOD CLIFFS, NJ 07632

GEORGE APRILAKIS
DIMITRY BENJAMIN
ANU BHARGAVA
LAUREN CASPARIE
PETER D. CHRISTAKIS ☐
JOAN M. COCHA ☐
MICHAEL A. CZOLACZ
LATRACE DABNEY
DEJON C. DELPINO
KELSEY DOUGHERTY HOWARD
ARIANNA EFSTATHIOU ☐
SEAN J. FERGUSON
ANASTASIOS N. FLOKAS
FRANK H. FOSTER
CHRISTOPHER R. INVIDIATA
CHARLES M. KERR
CRISTINA A. KNORR
CLAUDE E. LAROCHE

ROBERT MAROTTA
BEVERLY T. MCGRATH
ANTHONY V. MERRILL
GREGORY S. NELSON
LILY A. OCKERT ☐
TAMAR S. PELTZ
PATRICK PRAGER
ROBERT J. REILLY
NOAH S. REISS ☐
REBECCA J. ROSEDALE ☐
KEVIN J. RYAN ☐
MICHAEL W. SOLIMAN
DAVID J. TAMKE
JONATHAN A. TAND
DANIEL P. VINCE
ROBERT S. WHITBECK
AMANDA M. ZEFI ☐
─────────
☐ ADMITTED IN NY AND NJ

June 22, 2020

Hon. Cathy Seibel
United States District Court
Southern District
300 Quarropas St,
White Plains, NY 10601

Re:   Shea v. Village of Pomona Et. Ano.
      18-cv-11170

Dear Judge Seibel,

As you are aware, this office represents Defendant Village of Pomona in the above listed matter. In light of the size of Plaintiff's memorandum of law (50 pages) and the issues raised therein, the defendant respectfully requests to exceed Your Honor's page limits for reply memorandum of law. As such, we respectfully request to be allowed to file a brief up to twenty pages in length including a table of contents and a table of authorities in our memorandum in reply. We thank the court for its time and attention to this matter.

                                        _____/s/_____
                                        Kenneth E. Pitcoff, Esq.
                                        Jonathan A. Tand, Esq.