# SUSSMAN & ASSOCIATES
*- Attorneys at Law -*

| MICHAEL H. SUSSMAN | 1 Railroad Ave. - Suite 3 | LEGAL ASSISTANT |
| --- | --- | --- |
| JONATHAN R. GOLDMAN | P.O. Box 1005 | SARAH OSBORNE |
| | Goshen, New York 10924 | |
| | | CHRISTOPHER D. WATKINS |
| | (845) 294-3991 | of Counsel |
| | Fax: (845) 294-1623 | |
| | sussman1@frontiernet.net | |

March 26, 2021 - ECF

Hon. Cathy Seibel
United States District Court - SDNY
300 Quarropas Street
White Plains, Ny 10601

    Re: *Shea v. Village of Pomona, et al., 18 cv 1110 (CS)*

Dear Judge Seibel,

    I represent plaintiff in this action and write to report that, yesterday, the parties reached a resolution of this matter. Kindly enter a thirty-day order providing us time to complete and execute a settlement agreement and file a Stipulation of Discontinuance with the Court. Thank you for your assistance in these regards.

                                        Respectfully submitted,

                                        Michael H. Sussman [3497]

cc: All counsel of record via ECF